No. 83–5661.   RHODES v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5666.   SRUBAR ET UX. v. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE.   C. A. 2d Cir.   Certiorari denied.

No. 83–5685.   LeMAIRE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–5688.   McDANIEL v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–5708.   ROJAS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–5709.   PRUITT v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5710.   TOWNS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–438.   HENDERSON v. ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 83–572.   BALDWIN ET AL. v. CITY OF WINSTON-SALEM, NORTH CAROLINA, ET AL.   C. A. 4th Cir.   Motion of North Carolina Farm Bureau Federation, Inc., et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 83–586.   SHELL PETROLEUM N.V. v. FRANCHETTI ET AL. C. A. 9th Cir.   Motions of Belgium et al. and Unitary Tax Campaign Limited for leave to file briefs as *amici curiae* granted. Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of these motions and this petition.

No. 83–617.   WACHSMAN ET AL. v. CITY OF DALLAS ET AL. C. A. 5th Cir.   Certiorari denied.   JUSTICE BRENNAN would grant certiorari.